# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0046

VERSUS

LARRY MCGUIRE                                      **APRIL 12, 2023**

---

In Re:     Larry McGuire, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           227-940.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

   **WRIT  DENIED.**  See  **State  v.  Reddick,**  2021-01893  (La.
10/21/22), 351 So.3d 273.

**GH**

**HG**

   **McClendon, J.,** concurs and would deny the writ application
on the showing made.  Relator failed to include a copy of the
motion filed with the district court, the state's answer, if
any, the indictment, all pertinent minute entries and/or
transcripts, and any other portions of the district court record
that might support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT